OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 10 2015

9/9/2015
**OPORTA, TRINIDAD    Tr. Ct. No. D-1-DC-11-206666-A            WR-83,692-01**

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk



TRINIDAD OPORTA
SOUTH TEXAS DETENTION COMPLEX
566 VETERAN DRIVE
PEARSALL, TX 78601

RETURN
TO SENDER
UNABLE
TO FORWARD

13B 78061